1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

| JERRY LEE KEY, | 1:10-cv-01025-OWW-DLB (HC) |

10
                        Petitioner,        ORDER DENYING PETITIONER'S MOTION
                                           TO TRANSFER CASE
11
            v.                             [Doc. 16]
12

HECTOR A. RIOS, JR.,
13
                        Respondent.
14
_____/

15

16          On September 23, 2010, the instant petition for writ of habeas corpus filed pursuant to 28

17   U.S.C. § 2241 was dismissed for failure to state a cognizable claim, and judgment was entered.

18          On October 1, 2010, Petitioner filed a motion to dismiss the petition and request to

19   transfer the action to the United States District Court for the Southern District of West Virginia,

     at Charleston.
20
            Because the action was properly dismissed by this Court on September 23, 2010, this
21
     Court does not have jurisdiction to transfer the petition to another court.  Accordingly,
22
     Petitioner's motion to transfer the case is DENIED.
23

24

25   IT IS SO ORDERED.
26   **Dated:    October 13, 2010          _____/s/ Oliver W. Wanger_____**
27                                         UNITED STATES DISTRICT JUDGE

28

                                            1